UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 20-cr-0136 (WMW/HB) |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| Travon Lavelle Blackman (1) and Michael Eugene Hunter (2), | |
| Defendants. | |

WHEREAS, on January 12, 2021, and June 18, 2021, this Court entered preliminary orders of forfeiture ordering Defendants Travon Lavelle Blackman and Michael Eugene Hunter to forfeit certain property to Plaintiff United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c);

WHEREAS, the United States posted a Notice of Criminal Forfeiture for at least 30 consecutive days on an official government internet site, (www.forfeiture.gov), beginning on January 15, 2021, and June 23, 2021, providing notice of the government's intention to dispose of the property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, the United States sent direct notice of the Preliminary Orders of Forfeiture to potential claimant Justin Strahan on or about June 22, 2021; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Plaintiff United States of America's motion for a final order of forfeiture, (Dkt. 172), is **GRANTED**.

2. All right, title and interest in in the Glock, model 22, .40 caliber semiautomatic pistol, bearing serial number KTX941, a 50-round drum magazine, and all accessories and ammunition seized therewith are hereby forfeited to and vested in the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

3. The United States shall dispose of the property described above in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: May 5, 2022                                                       s/Wilhelmina M. Wright
                                                                         Wilhelmina M. Wright
                                                                         United States District Judge